# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

ELMER BRINSON

Case Number: 2:00-cr-32-FtM-29DNF

USM Number: 33230-018

Frank Zaremba, FPD
1514 Broadway, Suite 301
Fort Myers, FL. 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number(s) One & Two of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to reside in a Community Corrections Center/Comprehensive Sanctions Center | February 10, 2007 |
| Two | Travel outside the district without permission | February 15, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

3/28/2007

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

March ___, 2007

AO 245B (Rev. 6/05) Judgment in a Criminal Case

ELMER BRINSON
2:00-cr-32-FtM-29DNF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12 Months & One day.**

**The Court recommends to the Bureau of Prisons:**

**Incarceration in a facility close to family (Nashville, Tennessee).**

**The defendant is remanded to the custody of the United States Marshal.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

ELMER BRINSON
2:00-cr-32-FtM-29DNF

## SUPERVISED RELEASE

Supervised Release is Revoked and not reimposed.